1  LAWRENCE G. BROWN
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2763

5

6

7             IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )
                                )      Mag No. 07-392-EFB
11              Plaintiff,      )
                                )
12         v.                   )
                                )      Motion to Dismiss Complaint;
13 ORLANDO RAUL MUNIZ,          )      Order
                                )
14              Defendant.      )
   _____)
15

16      The United States, through the undersigned Assistant U.S.
17 Attorney, moves to dismiss the captioned complaint against defendant
18 ORLANDO RAUL MUNIZ.

19
                                       LAWRENCE G. BROWN
20                                     United States Attorney

21
                                       /s/ Mary L. Grad
22                                 By:_____
                                       MARY L. GRAD
23                                     Assistant U.S. Attorney

24

25 SO ORDERED.

26 Dated:  August 18, 2009.
                                       *signature*
27                                     EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE
28

                                   1